PER CURIAM.
Affirmed. See Wackenhut Corp. v. Canty, 359 So.2d 430 (Fla.1978); Griffis v. Hill, 230 So.2d 143 (Fla.1969); Cloud v. Fallis, 110 So.2d 669 (Fla.1959); Aetna Casualty & Surety Co. v. Kaufman, 463 So.2d 520 (Fla. 3d DCA 1985); Stevens v. Mount Vernon Fire Insurance Co., 395 So.2d 1206 (Fla. 3d DCA 1981); Anderson v. Chirogianis, 384 So.2d 1289 (Fla. 5th DCA 1980), review discharged, 401 So.2d 1322 (Fla.1981).